IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-01057-MSK

DENEUVE DESIGN, INC., d/b/a DENEUVE CONSTRUCTION SERVICES, INC.,

    Plaintiff,

v.

CLARENDON AMERICA INSURANCE CO.; and
DEEP SOUTH INSURANCE SERVICES,

    Defendants.

## ORDER OF RECUSAL

THIS MATTER arises *sua sponte*. The undersigned finds that grounds exist pursuant to 28 U.S.C. § 455 and the CODE OF CONDUCT FOR UNITED STATES JUDGES which require her recusal in this matter. In particular, my term law clerk is related to a principal in the Plaintiff's business. Accordingly, it is

**ORDERED** that the undersigned judge hereby recuses herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court and shall appropriately adjust the "draw" of future cases.

DATED this 18th day of August, 2009.

                **BY THE COURT:**

                *Marcia S. Krieger*

                Marcia S. Krieger
                United States District Judge