IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 09-cv-01057-REB-KMT

DENEUVE DESIGN, INC., d/b/a DENEUVE CONSTRUCTION SERVICES, INC.,

    Plaintiff,

v.

CLARENDON AMERICA INSURANCE CO., and
DEEP SOUTH INSURANCE SERVICES,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulated Motion For Dismissal With Prejudice** [#37] filed April 20, 2010. After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion For Dismissal With Prejudice** [#37] filed April 20, 2010, is **GRANTED**;

2. That the Trial Preparation Conference set for August 20, 2010, is **VACATED**;

3. That the jury trial set to commence September 13, 2010, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated April 21, 2010, at Denver, Colorado.

                          BY THE COURT:

                          */s/ Robert E. Blackburn*
                          Robert E. Blackburn
                          United States District Judge